UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADU UCHECHUKWU,<br><br>                                    Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial<br>Regional Detention Facility,<br><br>                                    Respondent. | Case No.:  26-cv-1978-RSH-MSB<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 2] |

On March 27, 2026, petitioner Madu Uchechukwu filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner also filed a motion to appoint counsel. ECF No. 2.

Petitioner contends that his immigration detention without a bond hearing has become unduly prolonged in violation of the due process clause. ECF No. 1 at 4. On April 3, 2026, Respondents filed a return stating that given the rulings by courts in this District and the circumstances in this case, "the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 6 at 1.

//

1

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Madu Uchechukwu before an immigration court within *seven (7) days* of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight.

In light of this disposition, Petitioner's motion to appoint counsel [ECF No. 2] is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: April 3, 2026

_____
Hon. Robert S. Huie
United States District Judge

2